# SUPREME COURT.

## Abram Myers agt. Joseph D. White.

A *notice of appeal* which fairly apprises the opposite party that the damages are ex-
cessive, is sufficiently specific under section 371 of the Code to call upon such par-
ty to make an offer.

If such party remains silent, he does so at his peril, and if the verdict on appeal is
reduced ten dollars, the appellant is entitled to costs.

*Albany General Term, September,* 1868.
*Before* Peckham, Ingalls *and* Hogeboom, *Justices.*

Banker & Rising, *for plaintiff.*
Forsyth & Fursman, *for defendant.*

This was an appeal by the plaintiff from an order of the
Rensselaer county court, refusing to strike out the costs
which had been awarded to the defendant.

The plaintiff recovered a judgment before the justice,
December 6, 1866, for $99 damages and $18.65 costs.

The defendant appealed to the county court, where, on
the new trial, the plaintiff recovered $61.28. That part of
the notice of appeal upon which the case turned was as fol-
lows:

"5. The defendant claims that the judgment should have
been more favorable to him, in the following particulars:

That the judgment for damages is for too large a sum
and ought not to have been given for more than $33.33
damages with $5 costs, instead of $18.65, if not so amend-
ed should be reversed."

The plaintiff did not make any offer.

The order, allowing costs to the defendant, was affirmed.

The opinion was given by Justice Peckham, approving
the case of *Fox* agt. *Nellis* (25 *How.,* 144).